FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 24  AM 11: 46

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**RANDALL PATORNO**                                   **CIVIL ACTION**

**VERSUS**                                            **NO. 05-769**

**N. BURL CAIN, WARDEN ET AL.**                       **SECTION "T" (2)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's Opposition to the Magistrate's Report and Recommendation, finds that no new issues of law or fact have been raised and hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that petition of Randall Patorno for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this *23rd* day of *February*_____, 2006.

**G. THOMAS PORTEOUS, JR.**
**UNITED STATES DISTRICT JUDGE**

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No _____